UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | ) ) ) ) CIVIL ACTION NO.: 1:11 cv 6119 |
| Plaintiff, | ) ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ONKYO USA CORPORATION, ONKYO CORPORATION; MERIDIAN AMERICA, INC., and MERIDIAN AUDIO, LTD., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF TECHNOLOGY LICENSING CORPORATION'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Technology Licensing Corporation, through its attorneys, declares that it is a corporation organized under the laws of Nevada and has no publicly held affiliates.

Respectfully submitted,

Dated: September 1, 2011

/s/ Christopher W. Niro
Raymond P. Niro (rniro@nshn.com)
Christopher W. Niro (cniro@nshn.com)
Niro, Haller & Niro
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 377-3292
Facsimile: (312) 236-3137