UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | )<br>)<br>) CIVIL ACTION NO.: 1:11 cv 6119 |
| Plaintiff, | )<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| ONKYO USA CORPORATION, ONKYO CORPORATION; MERIDIAN AMERICA, INC., and MERIDIAN AUDIO, LTD., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff Technology Licensing Corporation, provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of plaintiff:

   Technology Licensing Corporation
   711 South Carson Street, Suite 6
   Carson City, NV 89701

2. Names and addresses of defendants:

   Onkyo USA Corporation
   18 Park Way
   Upper Saddle River, NJ 07458

   Onkyo Corporation
   2-1, Nissin-cho, Neyagawa-shi,
   Osaka, 572-8540
   Japan

   Meridian America, Inc.
   136 Northern Blvd., Suite 8
   Great Neck, New York 11021

   Meridian Audio, Ltd.
   Latham Road,
   Huntington, Cambridgeshire
   PE29 6YE, England

3.  Name of Inventor:

    J. Carl Cooper

4.  United States Patent Numbers involved:

    6,870,964
    7,382,929
    7,986,851

                                                                          Respectfully submitted,

Dated: September 1, 2011                /s/ Christopher W. Niro
                                                         Raymond P. Niro (rniro@nshn.com)
                                                         Christopher W. Niro (cniro@nshn.com)
                                                         Niro, Haller & Niro
                                                         181 West Madison St., Suite 4600
                                                         Chicago, Illinois 60602
                                                         Telephone: (312) 377-3292
                                                         Facsimile: (312) 236-3137