# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 11 CV 6119

Dominic DellaPorte, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Meridian America, Inc.** at **136 Northern Blvd., Suite 8, Great Neck, NY 11021** resulting in:

__X__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the __9TH__ day of __SEPTEMBER__, 2011 at __9:41__ __A__.M.
Name: __HEE PARK__ Title: __PRESIDENT__

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: __MALE__    Hair Color/Style: __BLACK__
Race: __ASIAN__    Height (approx.): __5'9"__
Age (approx.) __43__    Weight (approx.): __160__
Notable Features/Notes: _____

Signed and Sworn to before me
This __9__ day of __Sept__, 2011.
_____
Notary Public

Served By:
_____
Process Server
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02C04998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TECHNOLOGY LICENSING
CORPORATION,

V.

ONKYO USA CORPORATION, ONKYO
CORPORATION; MERIDIAN AMERICA,
INC., and MERIDIAN AUDIO, LTD.

CASE NUMBER: 11 cv 6119

ASSIGNED JUDGE: Hon. Judge Suzanne B. Conlon

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Schienkier

TO: (Name and address of Defendant)

Meridian America, Inc.
136 Northern Blvd., Suite 8
Great Neck, New York 11021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. Niro
NIRO, HALLER & NIRO
181 West Madison St./Suite 4600
Chicago, Illinois 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By)
MICHAEL W. DOBBINS, CLERK

_[signature]_

(By) DEPUTY CLERK

DATE

September 2, 2011

DATE