**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Technology Licensing Corporation
                      Plaintiff,

v.                                                     Case No.: 1:11–cv–06119
                                                         Honorable Suzanne B. Conlon

Onkyo USA Corporation, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 16, 2011:

      MINUTE entry before Honorable Suzanne B. Conlon: On the courts own motion, the status hearing set on October 13, 2011 is reset on October 19, 2011 at 9:00 a.m. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.