# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | Civil Action No.: 1:11-cv-06119 |
| Plaintiff, | Judge Suzanne B. Conlon |
| v. | |
| ONKYO USA CORPORATION, ONKYO CORPORATION, MERIDIAN AMERICA, INC., and MERIDIAN AUDIO LTD. | |
| Defendants. | |

## JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Onkyo USA Corporation ("Onkyo USA"), by and through its undersigned counsel, and Plaintiff Technology Licensing Corporation, by and through its undersigned counsel, have stipulated and hereby respectfully request that this Court extend Defendant Onkyo USA's time to answer or otherwise respond to Plaintiff's Amended Complaint, and reschedule the current October 19, 2011 status conference until after such date. Plaintiff's counsel has further stipulated with Defendants' counsel as to additional matters set forth below. In further support of their Motion, the parties state as follows:

1. On September 1, 2011, Plaintiff filed its Complaint, which was served on Defendant Onkyo USA on September 9, 2011. On September 28, 2011, Plaintiff filed its Amended Complaint.

2. Defendant Onkyo Corporation, which is headquartered in Osaka, Japan, has not been served with the Complaint. The parties have stipulated to dismiss Onkyo Corporation pursuant to the stipulation attached hereto as Exhibit A, and filed concurrently with this Motion.

3. Defendant Onkyo USA's existing deadline to answer or otherwise respond to Plaintiff's Amended Complaint is October 12, 2011.

4. Plaintiff and Defendant Onkyo USA have agreed to an extension for Onkyo USA to answer other otherwise respond to the Amended Complaint up to and including November 30, 2011. The parties have agreed to engage in good faith settlement discussions during this interim time period.

5. The Court originally set a status hearing for October 13, 2011. On September 16, 2011, the Court rescheduled the date of the status hearing for October 19, 2011.

6. Plaintiff and Defendant Onkyo USA further jointly request that this Court reschedule the October 19, 2011 status hearing to a date after Onkyo USA's extended deadline to answer or otherwise respond. Given the requested extension of time for Onkyo USA to answer or otherwise respond, the parties will have the opportunity to engage in settlement discussions.

7. Defendant Onkyo USA further agrees not to move to transfer venue of this action pursuant to 28 U.S.C. § 1404 to another court outside of the Northern District of Illinois.

This motion has been made by both parties and is brought in good faith and not for purposes of delay.

DATED:  September 30, 2011

| Respectfully Submitted, | Respectfully Submitted, |
| TECHNOLOGY LICENSING CORPORATION | ONKYO USA CORPORATION ONKYO CORPORATION |

By its attorneys,                                              By its attorneys,


 /s/ *Christopher W. Niro (by agreement)*     /s/ *Natalie J. Spears*
Raymond P. Niro                                            Natalie J. Spears
Christopher William Niro                               SNR DENTON US LLP
Paul Christopher Gibbons                             233 South Wacker Drive, Suite 7800
Arthur Anthony Gasey                                  Chicago, Illinois  60606
Kara Leta Szpondowski                                Telephone: (312) 876-8000
NIRO, HALLER & NIRO                                 Facsimile: (312) 876-7934
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602                                  Michael J. Kasdan (*pro hac pending*)
Telephone: (312) 236-0733                        Abraham Kasdan (*pro hac pending*)
Facsimile: (312) 236-3137                          Joseph M. Casino (*pro hac pending*)
                                                                                          AMSTER, ROTHSTEIN
                                                                                              & EBENSTEIN LLP
                                                                                            90 Park Avenue, 21st Floor
                                                                                            New York, NY 10016
                                                                                            Telephone: (212) 336-8000

**CERTIFICATE OF SERVICE**

I, Natalie J. Spears, an attorney, hereby certify that I electronically filed the foregoing **JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** and served all ECF filers, pursuant to the district court's ECF system, on this 30th day of September 2011.

_____/s/ *Natalie J. Spears*_____