# Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ONKYO USA CORPORATION, ONKYO CORPORATION, MERIDIAN AMERICA, INC., and MERIDIAN AUDIO LTD.<br><br>  Defendants. | Civil Action No.: 1:11-cv-06119<br><br>Judge Suzanne B. Conlon |

**STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT ONKYO CORPORATION WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Onkyo Corporation ("Onkyo Corp"), by and through its counsel, SNR Denton US LLP, and with the agreement of Plaintiff Technology Licensing Corporation stipulate and agree as follows:

1. Plaintiff filed suit against Onkyo USA Corporation, Onkyo Corp, Meridian America, Inc. and Meridian Audio, Ltd. in the United States District Court for the Northern District of Illinois on September 1, 2011, alleging infringement of U.S. Patent Nos. 6,870,964 and 7,382,929;

2. Plaintiff and Onkyo Corp agree that Plaintiff's Complaint against Defendant Onkyo Corp, only, shall be dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and

3. Plaintiff and Onkyo Corp further agree that after Onkyo Corp's dismissal from this action, Onkyo Corp will continue to be subject to discovery in this action without resort to

subpoena and under the same rules that would be applicable to a defendant. Onkyo Corp agrees to reasonably cooperate to provide discovery where documents sought from Onkyo USA Corporation relevant to this action are in the possession of Onkyo Corp.

WHEREFORE, The parties respectfully request that the Court approve and give effect to this stipulated and agreed dismissal without prejudice of Plaintiff's Complaint against Onkyo Corp in its entirety, with each party to bear his or her own costs and attorneys' fees.

DATED: September 30, 2011

| Respectfully Submitted,<br>TECHNOLOGY LICENSING CORPORATION | Respectfully Submitted,<br>ONKYO CORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Christopher W. Niro (by agreement)<br>Raymond P. Niro<br>Christopher William Niro<br>Paul Christopher Gibbons<br>Arthur Anthony Gasey<br>Kara Leta Szpondowski<br>NIRO, HALLER & NIRO<br>181 W. Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137 | /s/ Natalie J. Spears<br>Natalie J. Spears<br>SNR DENTON US LLP<br>233 South Wacker Drive, Suite 7800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934 |

2

## **CERTIFICATE OF SERVICE**

I, Natalie J. Spears, an attorney, hereby certify that I electronically filed the foregoing **STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT ONKYO CORPORATION WITHOUT PREJUDICE** and served all ECF filers, pursuant to the district court's ECF system, on this 30th day of September 2011.

*/s/ Natalie J. Spears*