**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ONKYO USA CORPORATION, ONKYO CORPORATION, MERIDIAN AMERICA, INC., and MERIDIAN AUDIO LTD.<br><br>Defendants. | Civil Action No.: 1:11-cv-06119<br><br>Judge Suzanne B. Conlon |

## NOTICE OF MOTION

To: Raymond P. Niro
Christopher William Niro
Paul Christopher Gibbons
Arthur Anthony Gasey
Kara Leta Szpondowski
NIRO, HALLER & NIRO
181 W. Madison Street
Suite 4600
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Wednesday, October 5, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Suzanne B. Conlon in Room 1743 at 219 S. Dearborn Street, Chicago, Illinois, to present **JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is hereby served upon you.

SNR DENTON US LLP

By: _____/s/ *Natalie J. Spears*_____
One of the Attorneys for Defendants

Natalie J. Spears (ARDC # 6230320)
SNR DENTON US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
(312) 876-8000

## **CERTIFICATE OF SERVICE**

I, Natalie J. Spears, an attorney, hereby certify that I electronically filed the foregoing NOTICE OF MOTION and served all ECF filers, pursuant to the district court's ECF system, on this 30th day of September 2011.

_____/s/ *Natalie J. Spears*_____