Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6119 | **DATE** | 9/30/2011 |
| **CASE TITLE** | TECHNOLOGY LICENSING CORPORATION vs. ONKYO USA CORPORATION, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff and defendant Onkyo USA Corporation's joint agreed motion for extension of time to file an answer or otherwise respond to plaintiff's amended complaint [18] is entered and continued to October 19, 2011 at 9:00 a.m. The motion will not be heard as noticed on October 5, 2011.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|