## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6119 | **DATE** | 10/19/2011 |
| **CASE TITLE** | TECHNOLOGY LICENSING CORPORATION vs. ONKYO USA CORPORATION, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. The parties agreed motion to extend defendants' responsive pleading to November 30, 2011 [18] is granted. The status hearing is continued to November 10, 2011 to set the discovery and trial schedule.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | air |
|---|---|---|