## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.: 11 CV 6119

_Otis Osborne_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Meridian America, Inc.** at **110 Greene St., Suite 407, New York, NY 10012** resulting in:

__X__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the _18_ day of _October_, 2011 at _11:45_ _A_.M.
Name: _Ken Forsthe_   Title: _Director of Products_

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex: _Male_            Hair Color/Style: _brown_
Race: _White_          Height (approx.): _5'7"_
Age (approx.) _51_     Weight (approx.): _175_
Notable Features/Notes: _blue eyes_

Signed and Sworn to before me
This _18_ day of _October_, 2011.
_/s/_
Notary Public

Served By:
_Otis Osborne_
_Process Server_
Title

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

TECHNOLOGY LICENSING
CORPORATION,

CASE NUMBER: 11 cv 6119

V.

ASSIGNED JUDGE: Hon. Judge Suzanne B. Conlon

ONKYO USA CORPORATION, ONKYO
CORPORATION; MERIDIAN AMERICA,
INC.; and MERIDIAN AUDIO, LTD.

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Schienkier

TO: (Name and address of Defendant)

Meridian America, Inc.
110 Greene Street
Suite 407
New York, New York 10012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. Niro
NIRO, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK
MICHAEL W. DOBBINS, CLERK



(By) DEPUTY CLERK

DATE

September 27, 2011

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                                *Signature of Server*

                                            _____
                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.