**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Technology Licensing Corporation

                          Plaintiff,

v.                                                      Case No.: 1:11–cv–06119
                                                      Honorable Suzanne B. Conlon

Onkyo USA Corporation, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 25, 2011:

      MINUTE entry before Honorable Suzanne B. Conlon: On the court's own motion, status hearing set on November 10, 2011 is reset on November 14, 2011 at 9:00 a.m. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.